UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3941
_____

KEMPIS P. SONGSTER

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
DAVID DIGUGLIELMO; THE DISTRICT ATTORNEY PHILADELPHIA;
THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,

Appellants


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2-04-cv-05916)
District Judge: Hon. Timothy J. Savage

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 8, 2016

Before:  CHAGARES, VANASKIE, and SHWARTZ, Circuit Judges.


_____

JUDGMENT ORDER
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on March 8, 2016.

While on appeal, the United States Supreme Court decided Montgomery v.

Louisiana, 577 U.S. ___ (2016).  Appellee now seeks remand and represents to the Court

that Appellants are in agreement that remand is appropriate. We hold that the District Court should have the opportunity to consider the implications of <u>Montgomery</u> in the first instance. For that reason, it is now hereby ORDERED and ADJUDGED by this Court that the District Court's order dated September 6, 2012 is VACATED and REMANDED for proceedings not inconsistent with <u>Montgomery</u>.

BY THE COURT:

s/ Michael A. Chagares
Circuit Judge


ATTEST:

s/Marcia M. Waldron
Clerk

Dated: March 15, 2016